

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | ED12-00270M |
| Jesus Joel Rios | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>August 3, 2012</u>, _____, at <u>3:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Sheri Pym</u>, in Courtroom <u>4 - 3rd Floor</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>8-2-12</u>     <u>SHERI PYM</u> *Kc*
U.S. District Judge/Magistrate Judge